Form NTCFTFC7

# United States Bankruptcy Court
*Northern District of Illinois*

*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Gino's Rosemont LLC
9501 W. Devon Ave.
Rosemont, IL 60018
SSN: EIN: 81−2388771

Case No. : 20−16080
Chapter : 7
Judge : David D. Cleary

---

Debtor's Attorney:
Joseph E Cohen
Cohen & Krol
105 West Madison Suite 1100
Chicago, IL 60602

312 368−0300

Trustee:
Phillip D Levey ESQ
2722 North Racine Avenue
Chicago, IL 60614

773 348−9682

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above−named debtor(s) on **August 24, 2020** .

1. **March 10, 2021** is fixed as the last day for the filing of claims by creditors other than governmental units.

2. **March 10, 2021** is fixed as the last day for the filing of claims by governmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the date fixed as the last day for the filing of claims as specified in #1 and #2 above, will not be timely, except as otherwise provided by law.

**Attorneys must file this claim electronically via the CM/ECF system. Non−Attorneys may file in person or by mail at the Clerk of the Bankruptcy Court's address shown at the top of the form. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerks office.**

For the Court,

Dated: December 8, 2020

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court

Northern District of Illinois

In re: Case No. 20-16080-DDC
Gino's Rosemont LLC Chapter 7
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: mmiller     Page 1 of 2
Date Rcvd: Dec 08, 2020     Form ID: ntcftfc7     Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gino's Rosemont LLC, 9501 W. Devon Ave., Rosemont, IL 60018-4811 |
| 28998034 | + | Anichini Brothers, 545 N. Wells St., Chicago, IL 60654-2628 |
| 28998035 | + | AutoChlor, 2540 United Lane, Elk Grove Village, IL 60007-6819 |
| 28998036 | + | Becpos Systems, 5610 Ward Rd., Suite 200, Arvada, CO 80002-1309 |
| 28998039 | + | Cozzini, 350 Howard Ave., Des Plaines, IL 60018-1908 |
| 28998040 | + | Delta, 5822 Kenney St., Morton Grove, IL 60053-3551 |
| 28998041 | + | Gino's East Restaurant Corp., 201 E. Ohio Street, Suite 300, Chicago, IL 60611-3677 |
| 28998042 | + | Gino's East Services LLC, 201 E. Ohio Street, Suite 300, Chicago, IL 60611-3677 |
| 28998043 | + | Lezza, 4009 St. Charles Road, Bellwood, IL 60104-1197 |
| 28998044 | + | Marlin Capital Solutions, P. O. Box 13604, Philadelphia, PA 19101-3604 |
| 28998045 | + | NCR Aloha Software Systems, 9701 W. Higgins Rd., Suite 120, Rosemont, IL 60018-4714 |
| 28998046 | + | NCR Corp., 864 Spring St. NW, Atlanta, GA 30308-1007 |
| 28998047 | + | Orkin Pest Control, 5840 N. Lincoln Ave., Chicago, IL 60659-4611 |
| 28998048 | + | Ried's Fire Equipment, P. O. Box 204, Lansing, IL 60438-0204 |
| 28998049 | | Russel Lubliner, 90 Shoreline Road, Lake Barrington, IL 60010 |
| 28998051 | + | SBA Loan, 500 W. Madison St., Chicago, IL 60661-4544 |
| 28998050 | + | Safeguard, 508 Rugby Place, Schaumburg, IL 60194-4244 |
| 28998053 | + | Tripleseat Software LLC, 300 Baker Ave., Suite 205, Concord, MA 01742-2131 |
| 28998054 | + | Turano Baking, 6501 Roosevelt Rd., Berwyn, IL 60402-0718 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QPDLEVEY.COM | Dec 09 2020 04:38:00 | Phillip D Levey, ESQ, 2722 North Racine Avenue, Chicago, IL 60614-6775 |
| 28998033 | | Email/Text: arlegal@amtrustgroup.com | Dec 09 2020 00:18:00 | AmTrust North America, 800 Superior Avenue E, Cleveland, OH 44114-2601 |
| 28998038 | | Email/Text: comedbankruptcygroup@exeloncorp.com | Dec 09 2020 00:18:00 | ComEd, P. O. Box 6111, Carol Stream, IL 60197-6111 |
| 28998037 | + | EDI: COMCASTCBLCENT | Dec 09 2020 04:33:00 | Comcast Business, P. O. Box 4928, Oak Brook, IL 60522-4928 |
| 28998052 | | EDI: NEXTEL.COM | Dec 09 2020 04:38:00 | Sprint, P. O. Box 4191, Carol Stream, IL 60197 |
| 28998055 | | EDI: USBANKARS.COM | Dec 09 2020 04:38:00 | US Bank, P. O. Box 1800, Saint Paul, MN 55101 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Phillip D Levey, ESQ, 2722 North Racine Avenue, Chicago, IL 60614-6775 |

| | | |
|---|---|---|
| District/off: 0752-1 | User: mmiller | Page 2 of 2 |
| Date Rcvd: Dec 08, 2020 | Form ID: ntcftfc7 | Total Noticed: 25 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 10, 2020         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Joseph E Cohen | on behalf of Debtor 1 Gino's Rosemont LLC jcohen@cohenandkrol.com jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;acartwright@cohenandkrol.com |
| Phillip D Levey, ESQ | levey47@hotmail.com plevey@ecf.axosfs.com |
| Phillip D Levey, ESQ | on behalf of Debtor 1 Gino's Rosemont LLC levey47@hotmail.com plevey@ecf.axosfs.com |

TOTAL: 3