UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                      )
                                            )
Gino's Rosemont LLC,                        )    Case No. 20-16080
                                            )
                Debtor(s).                  )

## NOTICE OF MOTION

To: See attached Service List

PLEASE TAKE NOTICE that on March 10, 2021, at 10:00 a.m., I will appear before the Honorable David D. Cleary, or any judge sitting in his place, and present the Trustee's Motion to Designate Party Pursuant to Bankruptcy Rule 9001(5), a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link: https://www.zoomgov.com/join. Then enter the meeting ID and passcode.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is 161 122 6457 and the passcode is Cleary644. The meeting ID and passcode can also be found on Judge Cleary's webpage, https://www.ilnb.uscourts.gov/content/judge-david-d-cleary.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the Court may grant the motion in advance without a hearing.

By: /s/ Phillip D. Levey
Phillip D. Levey
2722 North Racine Avenue
Chicago, IL 60614
(773) 348-9682
levey47@hotmail.com

## CERTIFICATE OF SERVICE

      I, Phillip D. Levey, an attorney, certify that I served a copy of this notice of Motion and the attached motion described therein on the Office Of U.S. Trustee and Joseph E. Cohen via ECF and on the remaining persons, if any, by depositing the same in the U.S. Mail in envelopes, with proper postage prepaid, on March 1, 2021.

By: /s/ Phillip D. Levey

## SERVICE LIST

Office Of U.S. Trustee
219 South Dearborn Street-Suite 873
Chicago, IL 60604

Joseph E. Cohen
Cohen & Krol
105 West Madison Suite 1100
Chicago, IL  60602

Russel Lubliner
Gino's Rosemont LLC
91 Shoreline Road
Lake Barrington, IL 60010

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Gino's Rosemont LLC, | ) | Case No. 20-16080 |
| | ) | |
| Debtor. | ) | |

**TRUSTEE'S MOTION TO DESIGNATE PARTY**
**PURSUANT TO BANKRUPTCY RULE 9001(5)**

Phillip D. Levey, trustee herein, respectfully represents as follows:

1. That this case was commenced by the filing of a voluntary petition under Chapter 7 of the Code on August 24, 2020.

2. That movant is the duly appointed, qualified and acting trustee in this Chapter 7 case.

3. On information and belief, the debtor is an Illinois limited liability company in good standing.

4. According to the debtor's Statement of Financial Affairs, Russel Lubliner of Lake Barrington, Illinois, is the debtor's sole member and manager.

5. Pursuant to Bankruptcy Rule 9001(5), movant therefore seeks to have Russel Lubliner designated by this Court to perform those acts which the debtor is required to perform by the Code and the Bankruptcy Rules.

Wherefore, movant prays for the entry of an order designating Russel Lubliner to act on behalf of the debtor pursuant to Bankruptcy Rule 9001(5) and for such other and further relief as may be appropriate.

/s/ Phillip D. Levey
Trustee

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL 60614
(773) 348-9682