UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Gino's Rosemont LLC,<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 20-16080<br><br>Chapter: 7<br>Honorable David D. Cleary |

**ORDER RE TRUSTEE'S MOTION TO DESIGNATE
PARTY PURSUANT TO BANKRUPTCY RULE 9001(5)**

This matter coming on for hearing on the Trustee's Motion to Designate Party Pursuant to Rule 9001(5), due notice having been given to Russel Lubliner, the debtor, counsel for the debtor and the Office of The U.S Trustee and other parties in interest, no objections thereto having been filed, it is
ORDERED, that Russel Lubliner is hereby designated to perform those acts which the debtor is required to perform by the Bankruptcy Code and Rules.

Enter: *[signature: David D. Cleary]*

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: March 10, 2021

**Prepared by:**

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL 60614
(773) 348-9682