UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 20-16080 |
| ) | | |
| Gino's Rosemont LLC, ) | Chapter: | 7 |
| ) | Honorable David D. Cleary | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

**ORDER AUTHORIZING RULE 2004 EXAMINATION OF
DEBTOR, RUSSEL LUBLINER, USBANK AND U.S. BANCORP**

This matter coming on for hearing on the Trustee's Motion for Rule 2004 Examination Of Debtor, Russel Lubliner, USbank and U.S. Bancorp, due notice having been given, and no notice of objection thereto having been filed, it is

ORDERED, that Phillip D. Levey, Trustee herein, is authorized to examine the Debtor, Russel Lubliner, USbank and U.S. Bancorp pursuant to Federal Rule of Bankruptcy Procedure 2004.

Enter:  /s/ David D. Cleary

Honorable David D. Cleary
United States Bankruptcy Judge

Dated:  February 02, 2022

**Prepared by:**

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL 60614
(773) 348-9682