UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Gino's Rosemont LLC,<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 20-16080<br><br>Chapter: 7<br>Honorable David D. Cleary |

## ORDER RE TRUSTEE'S MOTION TO COMPEL DEBTOR TO TURNOVER RECORDS

This matter coming on for hearing on the Trustee's Motion to Compel Debtor to Turnover Records, due notice having been given to the Debtor, Russel Lubliner and the Office of The U.S. Trustee, and no notice of objections thereto having been filed, it is

ORDERED, that the Motion is granted and the Debtor, in the person of Russel Lubliner, shall turnover to the Trustee instanter the monthly statements, cancelled checks for the accounts previously maintained by the Debtor at USbank.

Enter:  *David D. Cleary*

Honorable David D. Cleary
United States Bankruptcy Judge

Dated:  February 02, 2022

**Prepared by:**

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL 60614
(773) 348-9682