# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

In Re:                                    )          BK No.:    20-16080
Gino's Rosemont LLC,                      )
                                          )          Chapter: 7
                                          )          Honorable David D. Cleary
                                          )
                                          )
                    Debtor(s)             )

## ORDER GRANTING TRUSTEE'S APPLICATION TO EMPLOY SPECIAL COUNSEL

Upon the application of Phillip D. Levey, trustee herein, for an order pursuant to 11 U.S.C. Section 327(a) authorizing him to employ the law firm known as The Law Office of William J. Factor, Ltd. a/k/a FactorLaw of Chicago, Illinois, to serve as special counsel for the estate as set forth in said application, it is

ORDERED, that the Application, effective March 1, 2022,  is granted and Phillip D. Levey, trustee herein, is authorized to employ the Law of Office of William J. Factor, Ltd. a/k/a FactorLaw to serve as special counsel in this Chapter 7 case on the terms set forth in the Application.

Enter:  _David D. Cleary_

Honorable David D. Cleary
United States Bankruptcy Judge

Dated:  March 16, 2022

**Prepared by:**

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL 60614
(773) 348-9682